**Order entered September 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00215-CV

**MARSHA DENISE DILLON, BENEFICIARY, ON BEHALF OF THE ESTATE OF BASKIN J. CULPEPPER AND MARSHA DILLON, INDIVIDUALLY, Appellant**

**V.**

**KIMBERLY KING, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01307-2**

## ORDER

Before the Court is appellee's motion for extension of time to file her brief.

We **GRANT** the motion and **ORDER** the brief received September 25, 2020 filed as of the date of this order.

/s/    KEN MOLBERG
          JUSTICE